| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - TUCSON** | **MAGISTRATE JUDGE'S MINUTES** |

DATE: 5/21/2012    CASE NUMBER:  CR 11-02729-TUC-DCB(JM)

USA vs. Marcos Antonio Cruz

DEFENDANT: ☐ PRESENT  ☒ NOT PRESENT  ☒ RELEASED  ☐ CUSTODY

U.S. MAGISTRATE JUDGE: JACQUELINE J. MARSHALL   Judge #: 70BN

U.S. Attorney  David Flannigan           INTERPRETER REQ'D  N/A

Attorney for Defendant  Rick Jones       ☒ Appt  ☐ Ret  ☐ FPD  ☐ Spec Appr

Status Hearing Re. Alternative address

Defense attorney waives defendant's presence for this hearing.  Counsel states things seem to be settling down as far as defendant's residence and parties appear to be getting along. COURT ORDERS Defendant will remain released on previously imposed conditions. If anything changes, defense counsel shall make pretrial services aware and bring it to the court's attention.

Recorded by Courtsmart
BY:   Peggie Robb
Deputy Clerk

Status Hrg: 5 min